UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.

MARIA T. AGUERO, on behalf of herself and
all others similarly situated,

Plaintiff,

vs.

HOTEL CONNECTIONS INC.,
a Florida corporation,

Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MARIA T. AGUERO, on behalf of herself and all others similarly situated, sues Defendant, HOTEL CONNECTIONS INC., and states as follows:

1. Plaintiff, MARIA T. AGUERO, is a former employee of Defendant, HOTEL CONNECTIONS INC., and brings this action on behalf of herself and all other employees and former employees of Defendant similarly situated to her for compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, et seq..

2. Plaintiff, MARIA T. AGUERO, is a resident of Miami-Dade County, Florida, and within the jurisdiction of this Honorable Court.

3. HOTEL CONNECTIONS INC. is a corporation organized and existing under the laws of the State of Florida, doing business in Miami-Dade County, Florida, and within the jurisdiction of this Court.

4. This action is brought to recover from Defendant, HOTEL CONNECTIONS INC., unpaid overtime wages, as well as an additional amount in liquidated damages, costs, and

reasonable attorney's fees under the provisions of Title 29 U.S.C. §201 et. seq., and specifically under the provisions of 29 U.S.C. §216(b).

5. Jurisdiction is conferred on this Court by Title 28 U.S.C. § 1337, and by Title 29 U.S.C. § 216(b).

6. Defendant, HOTEL CONNECTIONS INC., was, at all times pertinent to this Complaint, engaged in interstate commerce. At all times pertinent to this Complaint, Defendant, HOTEL CONNECTIONS INC., owned and operated a company that provides crew accommodations management to the travel industry.

7. It is believed that the gross annual revenue of Defendant, HOTEL CONNECTIONS INC., was at all times material hereto in excess of $500,000 per annum.

8. By reason of the foregoing, Defendant, HOTEL CONNECTIONS INC., was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3(r) and 3(s) of the Act, 29 U.S.C. §203(r) and 203(s).

9. Plaintiff, MARIA T. AGUERO, was employed by Defendant, HOTEL CONNECTIONS INC., as an account representative. By reason of such employment Plaintiff, MARIA T. AGUERO, was employed by an enterprise engaged in commerce within the meaning of 29 U.S.C. §§ 206(a) and 207(a). The work performed by Plaintiff was directly essential to the business activities in interstate commerce by Defendant, HOTEL CONNECTIONS INC., which was directly essential to the business performed by Defendant. Plaintiff, by virtue of her activities, was engaged in commerce.

10. The additional persons who may become Plaintiffs in this action are hourly and/or improperly salaried employees and/or former employees of Defendant who are and were subject to the payroll practices and procedures described in Paragraphs 11 and 12 and who were not paid time and one-half their regular rate of pay for all overtime hours worked.

11. At all times material hereto, Defendant failed to comply with the Act, in that Plaintiff performed services for Defendant, but no provision was made by Defendant to properly compensate Plaintiff time and one-half for hours worked in excess of forty (40) hours per work week.

12. Plaintiff's employment with Defendant provided for compensation on an improperly salaried basis. Plaintiff was not paid time and one-half their regular rate of pay for all hours worked in excess of forty (40) per work week.

13. In the course of her employment with Defendant, Plaintiff, and all other similarly situated employees, worked the number of hours required of them, but were not paid time and one-half their regular rate of pay for all hours worked in excess of forty (40) hours per work week.

14. The records, if any, concerning the number of hours actually worked by Plaintiff and all other similarly situated employees and former employees and the compensation actually paid to such employees are in the possession, custody, and control of Defendant.

## COUNT I
## RECOVERY OF OVERTIME WAGES

15. Plaintiff readopts and realleges all of the allegations contained in paragraphs 1 through 14 above, as if fully set forth herein.

16. Plaintiff, MARIA T. AGUERO, is entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week. All similarly situated employees are similarly owed their overtime rate for each overtime hour they worked and were not properly paid.

17. Plaintiff, and all those similarly situated to her, have suffered damages plus incurring costs and reasonable attorney's fees by reason of the said intentional, willful and

-3-

Teri Guttman Valdes LLC • 1501 Venera Avenue, Suite 300 • Coral Gables, Florida 33146 • Phone: (305) 740-9600 • Fax: (305) 740-9202

unlawful acts of Defendant HOTEL CONNECTIONS INC.

18. Defendant, HOTEL CONNECTIONS INC.'s, failure to pay Plaintiff and all those similarly situated to her in accordance with the Act was not based on reasonable grounds and was not in good faith.

19. As a result of Defendant, HOTEL CONNECTIONS INC.'s, lack of good faith and reasonable grounds in disregarding the Act, Plaintiff and all those similarly situated to her are entitled to liquidated damages in an amount equal to unpaid wages.

WHEREFORE, for all work weeks beginning on or after November 1, 2013, Plaintiff and those similarly situated to her who have or will opt into this action, demand judgment against Defendant HOTEL CONNECTIONS INC. for the wages and overtime compensation due them for the hours worked by them for which they have not been properly compensated, liquidated damages and reasonable attorney's fees and costs of suit, and for all proper relief including prejudgment interest.

### DEMAND FOR JURY TRIAL

WHEREFORE, Plaintiff, MARIA T. AGUERO, submits this demand for jury trial for all issues triable of right by a jury pursuant to Rule 38, Fed. R. Civ. P.

Respectfully Submitted,

TERI GUTTMAN VALDES LLC
Counsel for Plaintiff
1501 Venera Avenue
Suite 300
Miami, Florida 33146
Telephone: (305) 740-9600
Facsimile: (305) 740-9202
E-mail: tgvaldes@aol.com

Dated November 13, 2016

_____
Teri Guttman Valdes
Florida Bar No. 0010741

-4-